**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TERRENCE HUNTER, ET AL.,**<br><br>    Plaintiffs,<br><br>        v.<br><br>**SPRINT CORPORATION, ET AL.,**<br><br>    Defendants. | Civil Action No. 04-0376 (JDB) |

**ORDER**

Upon consideration of [84] defendants' motion for summary judgment and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is this <u>22nd</u> day of <u>September</u>, 2006, hereby

**ORDERED** that the motion is **DENIED**, and it is further

**ORDERED** that the parties shall appear for a status conference with the Court at 9:15 a.m. on October 17, 2006.

                    /s/ John D. Bates                    
                    JOHN D. BATES
                    United States District Judge