# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**TERRANCE HUNTER, et al.,**

    **Plaintiffs,**

**vs.**                                                                 **Civil Action No. 04-0376 (JDB)**

**SPRINT CORPORATION, et al.,**

    **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

The parties to this cause having informed the Court that they have entered into a confidential settlement agreement which resolves the only claims remaining in this matter, the claims of plaintiff Phillip Price, II, it is hereby

**ORDERED AND ADJUDGED** that this matter, including the claims plaintiff Price, is hereby **DISMISSED** with prejudice and without attorneys fees or costs.

**DONE AND ORDERED** this ___ day of _____, 2007

.

                                                                                          _____
                                                                                          **JOHN D. BATES**
                                                                                          **U.S. DISTRICT JUDGE**

Order Agreed to by
counsel for all parties